AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

JONATHAN TAYLOR aka "N.O."

Case No.    6:14CR60020-001

USM No.    09975-010

_____Travis Morrisey_____
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    One, Two, Three, Four, Five, Six, Seven, and Eight    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Use of controlled Substances | February 28, 2022 |
| Two | Failure to report for drug testing | October 7, 2021 |
| Three | New law violation | April 14, 2022 |
| Four | Leaving the judicial district without permission | April 14, 2022 |
| Five | Association with convicted felons | April 14, 2022 |
| Six | Failure to notify probation office of law enforcement contact | April 17, 2022 |
| Seven | New law violation | October 11, 2021 |
| Eight | Association with convicted felons | October 11, 2021 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    7823

Defendant's Year of Birth:    1985

City and State of Defendant's Residence:
Hot Springs, Arkansas

_____October 25, 2023_____
Date of Imposition of Judgment

_____/s/ Susan O. Hickey_____
Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

_____October 26, 2023_____
Date

AO 245D (Rev. 11/16)     Judgment in a Criminal Case for Revocations
                         Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:          JONATHAN TAYLOR aka "N.O."
CASE NUMBER:        6:14CR60020-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Twenty-four (24) months imprisonment which shall run consecutively to the term of imprisonment imposed in the Western District of Arkansas docket number 6:22CR60025-003. There will be no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be house at FCI Texarkana.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
                                          UNITED STATES MARSHAL

By _____
                              DEPUTY UNITED STATES MARSHAL